UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Timothy P. Neumann, Esq. [TN6429]
Geoffrey P. Neumann, Esq. [059702019]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
timothy.neumann25@gmail.com
geoff.neumann@gmail.com
*Attorneys For Debtor/Plaintiff Gregory Kwasnicki*

In Re:

**GREGORY KWASNICKI,**
        Debtor.

**GREGORY KWASNICKI,**
Plaintiff,
Vs.
**U.S. PREMIUM FINANCE, INC., and MIDLAND FUNDING, LLC,**
Defendants.

Case No.: 22-14227

Adv. Proc. No. 23-1162

Chapter 13

Judge: Michael B. Kaplan

### REQUEST FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS U.S. PREMIUM FINANCE, INC., and MIDLAND FUNDING, LLC

Gregory Kwasnicki, by and through his counsel, Broege, Neumann, Fischer & Shaver, LLC, pursuant to LBR 7055-1(c), hereby respectfully requests that default judgment be entered against the defendants U.S. Premium Finance, Inc. ("US Premium") and Midland Funding LLC ("Midland"), and in support thereof states:

1.      Neither of the said defendants filed an answer and default was entered against Defendants US Premium and Midland on July 31, 2023 [Dkt. No. 6].

2.      This request is supported by the Complaint which initiated this adversary proceeding and the Certification of plaintiff's counsel, Geoffrey Neumann, Esq. which accompanies this request.

3.      No brief is necessary because the basis for the relief sought is plainly evident from the record of prior proceedings in this adversary proceeding, the aforesaid Complaint, the Chapter 13 Trustee's Ratification Letter, and the aforesaid certification of plaintiff Geoffrey Neumann, Esq.

4.      A form of judgment accompanies this request.

                                    Broege, Neumann, Fischer & Shaver, LLC
                                    *Attorneys for Plaintiff Gregory Kwasnicki*

Dated: August 8, 2023              By:     /s/  *Geoffrey P. Neumann*
                                            Geoffrey P. Neumann, Esq.

2